United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN BROSNAN,

    Plaintiff,

v.

MARK DAVIS,

    Defendant.

                           /

No. MC 16-80218 WHA

**ORDER RE PROPOSED LAWSUIT**

In compliance with the terms of his supervised release (*see* Case No. 10-0068, Dkt. No. 312), defendant John Brosnan has submitted to the undersigned judge a proposed lawsuit that he wishes to file in state court. In his complaint, Brosnan alleges that, in 2007, defendant Mark Davis agreed to mail copies of an amended complaint to third-party individuals but that Davis in fact never mailed copies of the amended complaint. Brosnan asserts a single claim for fraud.

Brosnan's proposed complaint is frivolous. Permission to file this complaint against Davis is **DENIED**. The Clerk shall please return the complaint.

**IT IS SO ORDERED.**

Dated: October 6, 2016.

                                                     WILLIAM ALSUP
                                                     UNITED STATES DISTRICT JUDGE